**Petition for Writ of Mandamus Denied and Memorandum Opinion filed October 1, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00654-CV

---

## IN RE ALI  CHOUDHRI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-27197**

---

## MEMORANDUM OPINION

On September 22, 2020, relator Ali  Choudhri filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, Choudhri asks this court to compel the Honorable Daryl Moore, presiding judge of the 333rd District Court of Harris County, to: (1) vacate his September 17, 2020 order approving the arbitration panel's protective order; and (2) stay the arbitration proceedings, including the final hearing in the

arbitration, set for October 3, 2020, pending our court's decision on Choudhri's petition for writ of mandamus.

Choudhri has not shown that he is entitled to mandamus relief. Accordingly, we deny his petition for writ of mandamus and his request to stay the arbitration proceedings.

PER CURIAM

Panel consists of Chief Justices Frost and Justices Wise and Bourliot.